# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **FIREFLY GARDENS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 3:20-cv-02496-M |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **BORON CAPITAL, LLC, and** | § | |
| **DALLAS OASIS, LLC,** | § | |
| | § | |
| Defendants. | | |

## PROPOSED ORDER

Before the Court is Defendants' Amended Motion to Dismiss (the "Motion"). After considering the Motion, Plaintiff's Response and Brief in Support of its Response, and any Reply or SurReply, the Court finds the Motion to be DENIED.

**SO ORDERED.**

December ___, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE