# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FIREFLY GARDENS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-02496-M |
| BORON CAPITAL LLC, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

By **July 28, 2022,** the parties shall submit a joint report apprising the Court of the status of this case in light of the September 6, 2022, trial setting.

**SO ORDERED**.

July 14, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE